# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00082-CV

**Neil Gallagher; Ronald R. Coleman; Steve Feeken; Gallagher Financial Group, Inc.; Michael Castellano; Brian R. Cervanka; Global One Direct, LLC; David A. Shields; Marco Lopez; Estate Protection Planning Corp.; and Salvatore Magaraci, Appellants**

**v.**

**Eduardo Espinosa, Receiver of Retirement Value, LLC; and Donald R. Taylor, Receiver of Hill Country Funding, LLC, a Texas Limited Liability Company and Hill Country Funding, LLC, a Nevada Limited Liability Company, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GV-10-000454, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Neil Gallagher; Ronald R. Coleman; Steve Feeken; Gallagher Financial Group, Inc.; Michael Castellano; Brian R. Cervanka; Global One Direct, LLC; David A. Shields; Marco Lopez; Estate Protection Planning Corp.; and Salvatore Magaraci have notified this Court that they no longer wishes to pursue this appeal and have filed a motion for voluntary dismissal of this appeal pursuant to the parties' settlement.

Counsel for appellants states that he has conferred with counsel for appellees, Eduardo Espinosa, Receiver of Retirement Value, LLC; and Donald R. Taylor, Receiver of Hill Country Funding, LLC, a Texas Limited Liability Company and Hill Country Funding, LLC,

a Nevada Limited Liability Company, who do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed on Appellants' Motion

Filed:   September 6, 2013

2